

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00729-CR

Osborne Joseph **HARVEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11668
Honorable Raymond Angelini, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 10, 2018.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Joey Contreras is the judge of the 187th District Court, Bexar County, Texas. The Honorable Raymond Angelini, retired, was sitting by assignment.